No. 1243. VELA, DEMANDANTE Y APELADO, *v.* CRUZ ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de obligación declarada por sentencia. Moción del apelado

para que se desestime la apelación. Resuelto en noviembre 24 de 1914. Desestimada la apelación por no haberse radicado en esta Corte la transcripción de autos. Abogado del apelado: *Sr. Artemio P. Rodríguez.* Abogado de los apelantes: *Sr. Ramón S. Pesquera.*